B18JO (Form 18JO) (08/07)

# United States Bankruptcy Court
### Eastern District of Virginia
### 701 East Broad Street
### Richmond, VA 23219

**Case Number**   11–35564–KRH
**Chapter**   7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jason Ingram | Valkyrie Ingram |
| aka Jason Brandon Ingram | aka Valkyrie Paradise Ingram |
| 4610 Cinderwood Drive | 3011 Birchbrook Rd |
| North Chesterfield, VA 23234 | Henrico, VA 23228 |

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) Nos.,(if any):
    Debtor: xxx–xx–0268                    Joint Debtor:  xxx–xx–0652

Employer Tax–Identification (EIN) No(s).(if any):
    Debtor:  NA                            Joint Debtor:  NA

Debtor(s) Disposition(s):
    Debtor:  Standard Discharge            Joint Debtor:  Dismissed for Other Reason

## DISCHARGE OF ONE JOINT DEBTOR

It appearing that Jason Ingram** is entitled to a discharge,

**IT IS ORDERED:**

Jason Ingram** is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**FOR THE COURT**

Dated:  March 20, 2013                    William C. Redden, CLERK

## SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.

---

*When only one of the debtors in a joint case is discharged, state here the name of the individual debtor being discharged.

*Form 18JO (08/07)*

# EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named in the order. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the named debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the named debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the discharged debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the discharged debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                    Case No. 11-35564-KRH
Jason Ingram                                                              Chapter 7
Valkyrie Ingram
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0422-7        User: baumgartn        Page 1 of 5              Date Rcvd: Mar 20, 2013
                           Form ID: B18JO1         Total Noticed: 127

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2013.
```
db           +Jason Ingram,    4610 Cinderwood Drive,    North Chesterfield, VA 23234-6069
jdb          +Valkyrie Ingram,    3011 Birchbrook Rd,    Henrico, VA 23228-2602
cr           +JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    ST CLOUD, MN 56302-7999
10724647     +AES/PHEAA,    PO BOX 8183,    HARRISBURG, PA 17105-8183
10668303     +Aes/suntrust Bank,    Pob 2461,    Harrisburg, PA 17105-2461
10668304      Amerifinancial Solutions LLC,    PO Box 64488,    Baltimore, MD 21264-4488
11558591     +Beulah BP Mart,    4224 Beulah Rd,    North Chesterfield, VA 23237-1450
11550440     +Beulah Recreation Association,    PO Box 3724,    N. Chesterfield, VA 23235-7724
10668307     +Bon Secours,    PO Box 28538,    Henrico, VA 23228-8538
10800847      Bon Secours Memorial Regional Med Ctr,     c/o Greer P. Jackson, Jr., Esq.,
               Spinella, Owings & Shaia, P.C.,     8550 Mayland Drive,    Richmond, VA 23294-4704
11550447     +Bon Secours Richmond Health,    PO Box 28538,    Richmond, VA 23228-8538
10721692     +Bon Secours St. Francis Med Ctr,    c/o Greer P. Jackson, Jr., Esq.,
               Spinella, Owings & Shaia, P.C.,     8550 Mayland Drive,    Richmond, VA 23294-4704
10721693      Bon Secours St. Mary's Hospital,    c/o Greer P. Jackson, Jr., Esq.,
               Spinella, Owings & Shaia, P.C.,     8550 Mayland Drive,    Richmond, VA 23294-4704
11281455     +Bryant & Stratton College,    8141 Hull Street Road,    Richmond, VA 23235-6411
11558593     +C and J Auto,    9001 Jeff Davis Hgwy,    Richmond, VA 23237-4633
11550438      CVS Caremark,    PO Box 659539,    San Antonio, TX 78265-9539
10668312     +Ccs/bryant State Bank,    500 E 60th St N,    Sioux Falls, SD 57104-0478
10668313     +Ccs/cortrust Bank,    500 E 60th St N,    Sioux Falls, SD 57104-0478
10668315      Chesterfield County Utilities,    PO Box 26725,    Richmond, VA 23261-6725
11550444     +Chesterfield JDR Court,    PO Box 520,    Chesterfield, VA 23832-0008
11558590     +Chesterfield Optometric Center,    9440 Iron Bridge Rd.,    Chesterfield, VA 23832-6601
11620975     +Chippenham Pediatrics,    7023 Old Jahnke Rd,    Richmond, VA 23225-4126
10668317     +Collections Acquisition Co.,    Payaliance,    PO Box 1530, Dept 010,    Southaven, MS 38671-1530
11620973     +Comcast,    5401 Staples Mill Rd,    Henrico, VA 23228-5443
10668318     +Commonwealth Lab Consultants,    PO Box 36559,    Richmond, VA 23235-8011
11281456     ++DOMINION VIRGINIA POWER,    PO BOX 26666,    18TH FLOOR,    RICHMOND VA 23261-6666
              (address filed with court: Dominion Virginia Power,     P.O. Box 26543,    Richmond, VA 23290-0001)
10668320     +David R McGeorge Car Co.,    9319 West Broad Street,    Henrico, VA 23294-5437
11623615     +Dominion Behavioral Healthcare,    Lowell Thomas, LPC LMFT,     2305 N Parham Rd, Ste 3,
               Richmond, VA 23229-3156
11623614     +Dominion Behavioral Healthcare,    Ruta R. Nene, MD,    2305 N Parham Rd, Ste 3,
               Richmond, VA 23229-3156
11620976     +Dominion Behavioral Healthcare,    703 N Courthouse Rd, Ste 101,    Richmond, VA 23236-4069
10668321     +Dominion Law Associates,    222 Central Park Ave, Ste 210,    Virginia Beach, VA 23462-3024
11550436     +Drs. Oley Shaia & Associates,    9030 Three Chopt Road,    Suite #A,    Richmond, VA 23229-4641
10668322     +Dt Credit Co,    7300 E Hampton Ave. Suite 101,    Mesa, AZ 85209-3324
10668323     +Eastern Account System,    Po Box 837,    Newtown, CT 06470-0837
10668325     +Equidata,    Po Box 6610,    Newport News, VA 23606-0610
10668326     +Equidata,    Attn: Bankruptcy,    PO Box 6610,    Newport News, VA 23606-0610
10903159     +FBCS Inc.,    re:  Apx Alarm Security Solutions,    2200 Byberry Rd, Ste 120,
               Hatboro, PA 19040-3739
10668330     ++FOCUSED RECOVERY SOLUTIONS,    9701 METROPOLITAN COURT,    STE B,    RICHMOND VA 23236-3690
              (address filed with court: Focus Recry,    9701 Metropolitan Ct Ste,    Richmond, VA 23236-0000)
10668327     +Fcnb Mstr Tr,    P.o. Box 3412,    Omaha, NE 68197-0001
11281457     +Fingerhut,    P.O. Box 166,    Newark, NJ 07101-0166
11550429     +Fingerhut,    6250 Ridgewood Rd,    St. Cloud, MN 56303-0820
10668329     +Fncc,    Attn: Bankruptcy,    Po Box 5097,    Sioux Falls, SD 57117-5097
10668332     +Glaser, James O, DDS,    9510 Ironbridge Rd,    Chesterfield, VA 23832-6400
10912197     +HSBC Bank Nevada, N.A.,    PO Box 12907,    Norfolk VA 23541-0907
10913339     +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
               Norfolk VA 23541-0907
10668335     +Ironbridge Fam.&Cosmetic Dent,    9510 Ironbridge Road, Ste 100,    Chesterfield, VA 23832-6400
11620974     +Jackson Alley Warehouse Apts,    12 S 17th Street,    Richmond, VA 23219-4237
10900096     +James River Psychotherapy Associates, PC,    c/o Caudle and Caudle, P.C.,    3123 West Broad Street,
               Richmond, VA 23230-5106
10900095     +James River Psychotherapy, LLC,    c/o Caudle and Cuadle, P.C.,    3123 W Broad Street,
               Richmond, VA 23230-5106
10668336     +James River PsychotherapyAssoc,    720 Moorefield Park Dr.,    Suite 202,    Richmond, VA 23236-3657
10668337     +Jefferson Capital,    16 Mcleland Rd,    Saint Cloud, MN 56303-2198
10783308     +Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
11550439     +Liberty Mutual,    PO Box 970,    Mishawaka, IN 46546-0970
10668338     +Michael Rosetti,    Claire Myers DDS,    2613 N Parham Rd,    Henrico, VA 23294-4650
11281461     +Nationwide Credit Corporation,    P.O. Box 9156,    Alexandria, VA 22304-0156
10668341      Newby, Sartip, Masel & Casper,    PO Box 808,    Myrtle Beach, SC 29578-0808
11281459      Patient First,    P.O. Box 758941,    Baltimore, MD 21275-8941
11558595     +Patient First,    PO Box 758952,    Baltimore, MD 21275-8952
11558596     +Patient First,    2300 E Parham Rd,    Richmond, VA 23228-3126
10668343     +Powhite Parkway Extnsn/VDOT,    653 Rte 76 S,    Richmond, VA 23236-0000
10765467     +Premier Bankcard/ Charter,    P.O Box 2208,    Vacaville CA 95696-8208
10668344     +Professional Recovery Services,    PO Box 1880,    Voorhees, NJ 08043-7880
```

```
District/off: 0422-7        User: baumgartn           Page 2 of 5            Date Rcvd: Mar 20, 2013
                           Form ID: B18JO1            Total Noticed: 127


10668345      Radiology Associates of Richmo,   PO Box 79923,   Baltimore, MD 21279-9923
10668346     +Ragsdale, Thomas H.,   c/o Dominion Law Associates,   222 Central Park Ave, Ste 210,
              Virginia Beach, VA 23462-3024
10668348     +Receivables Performanc,   20816 44th Ave W,   Lynnwood, WA 98036-7744
10668349      Richmond Emergency Physicians,   PO Box 79013,   Baltimore, MD 21279-0013
10903166     +Richmond Gastroenterology Assoc.,   107 Wadsworth Dr.,   Richmond, VA 23236-4521
10903161     +Sundance Station Apartments,   3500 Sundance Way,   Richmond, VA 23294-8723
11300436     +Sundance Station, LLC,   c/o Zwerdling, Oppleman & Adams,   5020 Monument Avenue,
              Richmond, VA 23230-3635
11281460      Target National Bank,   P.O. Box 28221,   Henrico, VA 23228-0221
11550437     +Torres Credit Services, Inc,   27 Fairview St,   PO Box 189,   Carlisle, PA 17013-0189
10721055      Toyota Motor Credit Corporation,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
10668354      Tribute,   Cardholder Services,   PO Box 105374,   Atlanta, GA 30348-5374
10668355      Tucker Psychiatric Clinic,   1000 Boulders Pkwy, Ste 202,   Richmond, VA 23225-5515
11550442     +United Consumers,   PO Box 4466,   Woodbridge, VA 22194-4466
11558594     +Unlimited Recovery Systems,   re: Target,   5800 North Course Dr.,   Houston, TX 77072-1613
10668356     +VA Hospitalists Inc 09,   3 Maryland Farms Ste 250,   Brentwood, TN 37027-5053
11550443     ++VIRGINIA DEPARTMENT OF TAXATION,   P O BOX 2156,   RICHMOND VA 23218-2156
             (address filed with court:  Commonwealth of Virginia,   Court Debt Collections Office,
              PO Box 2402,   Richmond, VA 23218-2402)
11558597     +Village Family Psych.,   PO Box 31354,   Richmond, VA 23294-1354
10903160     +Virginia Department of Taxation,   PO Box 2156,   Richmond, VA 23218-2156
10668357      Virginia Emer Phys LLP,   75 Remittance Drive, Ste 1151,   Chicago, IL 60675-1151
10668358      Virginia Urology,   PO Box 79437,   Baltimore, MD 21279-0437
11550426     +Virginia Urology,   9105 Stony Point Dr.,   Richmond, VA 23235-1979
10668359     +Webber Comm. Christian School,   7800 Salem Church Road,   Richmond, VA 23237-2108
10888130      Wells Fargo Bank,   P.O. Box 50014,   Roanoke, VA 24040-0014


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: QBEROBINSON.COM Mar 21 2013 03:33:00   Bruce E. Robinson,   P.O. Box 538,
              417 E. Atlantic Street,   South Hill, VA 23970-2701
cr           +EDI: JEFFERSONCAP.COM Mar 21 2013 03:33:00   JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,
              ST CLOUD, MN 56302-7999
10668305     +EDI: APPLIEDBANK.COM Mar 21 2013 03:33:00   Applied Card Bank,   Attention: General Inquiries,
              Po Box 17125,   Wilmington, DE 19850-7125
10668306     +E-mail/Text: kim@ballatolaw.com Mar 21 2013 03:49:23   Ballato Law Firm,
              3721 Westerre Parkway, Suite A,   Henrico, VA 23233-1332
10668310      E-mail/Text: operator@maxprofitsys.com Mar 21 2013 03:49:02   CBC Inc,   PO Box 6220,
              Charlottesville, VA 22906-6220
10668311      EDI: CBCSI.COM Mar 21 2013 03:33:00   CBCS,   PO Box 163250,   Columbus, OH 43216-3250
10692778      EDI: RESURGENT.COM Mar 21 2013 03:33:00   CJW MEDICAL CENTER,   c/o B-Line, LLC,   MS 550,
              PO Box 91121,   Seattle, WA 98111-9221
10668316     +EDI: HCA2.COM Mar 21 2013 03:33:00   CJW Medical Center,   PO Box 13620,
              Richmond, VA 23225-8620
10668309     +E-mail/Text: bankruptcy@cashcall.com Mar 21 2013 03:47:25   Cashcall Inc,
              Attention: Bankruptcy Department,   1600 S Douglass Rd,   Anaheim, CA 92806-5948
10668308     +E-mail/Text: bankruptcy@cavps.com Mar 21 2013 03:50:02   Cavalry Portfolio Services, LLC.,
              500 Summit Lake Drive, Suite 400,   Valhalla, NY 10595-2322
10668314     +E-mail/Text: saxonl@chesterfield.gov Mar 21 2013 03:47:25   Chesterfield County,
              Richard A Cordle, Treasurer,   PO Box 26585,   Richmond, VA 23261-6585
11550445     +E-mail/Text: saxonl@chesterfield.gov Mar 21 2013 03:47:25   Chesterfield County,   PO Box 26585,
              Richmond, VA 23261-6585
10668319     +E-mail/Text: saratipton@ccsitexas.com Mar 21 2013 03:47:29   Complete Credit Soluti,
              2921 Brown Trl,   Bedford, TX 76021-4174
10688746     +E-mail/Text: TAMAR.GADE@DRIVETIME.COM Mar 21 2013 03:47:35   DT CREDIT COMPANY LLC,
              PO BOX 29018,   PHOENIX, AZ 85038-9018
10861617     +EDI: ECMC.COM Mar 21 2013 03:33:00   ECMC,   P.O. Box 75906,   St. Paul, MN 55175-0906
10668324     +E-mail/Text: bknotice@erccollections.com Mar 21 2013 03:49:18   Enhanced Recovery Corp,
              8014 Bayberry Rd,   Jacksonville, FL 32256-7412
10668328     +EDI: AMINFOFP.COM Mar 21 2013 03:33:00   First Premier Bank,   3820 N Louise Ave,
              Sioux Falls, SD 57107-0145
10699048      EDI: RESURGENT.COM Mar 21 2013 03:33:00   HENRICO DOCTORS HOSPITAL,   c/o B-Line, LLC,   MS 550,
              PO Box 91121,   Seattle, WA 98111-9221
10668333     +EDI: HFC.COM Mar 21 2013 03:33:00   Hsbc Bank,   Attn: Bankruptcy,   Po Box 5213,
              Carol Stream, IL 60197-5213
10671167      EDI: IRS.COM Mar 21 2013 03:33:00   IRS,   PO Box 21126,   Philadelphia, PA 19114
10668334      EDI: IRS.COM Mar 21 2013 03:33:00   Internal Revenue Service,   400 N 8th Street, Box 76,
              Stop Room 898,   Richmond, VA 23219-0000
10668337     +EDI: JEFFERSONCAP.COM Mar 21 2013 03:33:00   Jefferson Capital,   16 Mcleland Rd,
              Saint Cloud, MN 56303-2198
10783308     +EDI: JEFFERSONCAP.COM Mar 21 2013 03:33:00   Jefferson Capital Systems LLC,   PO BOX 7999,
              SAINT CLOUD MN 56302-7999
11281458      Fax: 866-693-7292 Mar 21 2013 03:58:53   Metlife Auto & Home,   P.O. Box 41753,
              Philadelphia, PA 19101-1753
10668339     +EDI: MID8.COM Mar 21 2013 03:33:00   Midland Credit Management,   Po Box 939019,
              San Diego, CA 92193-9019
10703398     +EDI: MID8.COM Mar 21 2013 03:33:00   Midland Credit Management, Inc.,
              8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
11550446      E-mail/Text: mmrgbk@miramedrg.com Mar 21 2013 03:49:14   Miramed Revenue Group,
              991 Oak Creek Dr.,   Lombard, IL 60148-6408
```

```
District/off: 0422-7          User: baumgartn          Page 3 of 5          Date Rcvd: Mar 20, 2013
                             Form ID: B18JO1           Total Noticed: 127
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
10668340    +E-mail/Text: bankruptcydepartment@ncogroup.com Mar 21 2013 03:49:46    NCO Financial Systems,
             2360 Campbell Creek, Ste 500,   Richardson, TX 75082-4453
10705369     E-mail/Text: ebn@vativrecovery.com Mar 21 2013 03:48:26    Palisades Collections, LLC,
             Vativ Recovery Solutions LLC, dba SMC,   As Agent For Palisades Collections, LLC,
             P.O. Box 40728,   Houston, TX 77240-0728
10668342    +E-mail/Text: bknotices@totalcardinc.com Mar 21 2013 03:49:10    Plains Commerce Bank,
             Po Box 89937,   Sioux Falls, SD 57109-6937
10706465     EDI: Q3G.COM Mar 21 2013 03:33:00    Quantum3 Group LLC,   PO Box 788,
             Kirkland, WA 98083-0788
10668347    +E-mail/Text: colleen.atkinson@rmscollect.com Mar 21 2013 03:47:33
             Receivables Management System,   PO Box 8630,   Richmond, VA 23226-0630
11550435     E-mail/Text: colleen.atkinson@rmscollect.com Mar 21 2013 03:47:33
             Receivables Management System,   PO Box 8630,   Richmond, VA 23226-0630
10668350    +EDI: PHINRJMA.COM Mar 21 2013 03:33:00    Rjm Acq Llc,   575 Underhill Blvd Suite 224,
             Syosset, NY 11791-3416
10683553    +EDI: PHINRJMA.COM Mar 21 2013 03:33:00    Rjm Acquisitions Llc,   575 Underhill Blvd,
             Suite 224,   Syosset, NY 11791-4437
10668352     EDI: NEXTEL.COM Mar 21 2013 03:33:00    Sprint Nextel,   Bankruptcy Department,   PO Box 3326,
             Englewood, CO 80155-3326
10668351     EDI: NEXTEL.COM Mar 21 2013 03:33:00    Sprint Nextel,   Sprint Nextel-Correspondence,
             Attn: Bankruptcy Dept,   PO Box 7949,   Overland Park, KS 66207-0949
10742289     EDI: NEXTEL.COM Mar 21 2013 03:33:00    Sprint,   PO Box 105243,   Atlanta, GA 30348-5243
10668353     EDI: TFSR.COM Mar 21 2013 03:33:00    Toyota Motor Credit Corp,   Toyota Financial Services,
             Po Box 8026,   Cedar Rapids, IA 52408-0000
11550428    +EDI: WTRRNBANK.COM Mar 21 2013 03:33:00    Target National Bank,   3901 West 53rd St.,
             Sioux Falls, SD 57106-4221
10721055     EDI: BL-TOYOTA.COM Mar 21 2013 03:33:00    Toyota Motor Credit Corporation,
             c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
10685957     EDI: TFSR.COM Mar 21 2013 03:33:00    Toyota Motor Credit Corporation (TMCC),   PO BOX 8026,
             Cedar Rapids, Iowa 52408-8026
11550441    +E-mail/Text: bankruptcydepartment@ncogroup.com Mar 21 2013 03:49:46    Transworld Systems,
             507 Prudential Road,   Horsham, PA 19044-2308
10702417    +E-mail/Text: saxonl@chesterfield.gov Mar 21 2013 03:47:25    Treasurer Chesterfield County,
             Attn: Laura Saxon,   PO Box 70,   Chesterfield VA 23832-0906
10821185    +EDI: AFNIVZCOMBINED.COM Mar 21 2013 03:33:00    VERIZON,   404 BROCK DR,
             BLOOMINGTON, IL 61701-2654
11558592    +E-mail/Text: ebankruptcy@woodforest.com Mar 21 2013 03:50:09    Woodforest Bank,   PO Box 7889,
             Spring, TX 77387-7889
                                                                                    TOTAL: 46
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Bruce E. Robinson,   P.O. Box 538,   417 E. Atlantic Street,   South Hill, VA 23970-2701
cr*         +ECMC,   P O Box 75906,   St. Paul, MN 55175-0906
11550432*   +Bryant & Stratton College,   8141 Hull Street Road,   Richmond, VA 23235-6411
11558600*   +CJW Medical Center,   PO Box 13620,   Richmond, VA 23225-8620
11550431*   ++DOMINION VIRGINIA POWER,   PO BOX 26666,   18TH FLOOR,   RICHMOND VA 23261-6666
             (address filed with court: Dominion Virginia Power,   PO Box 26543,   Richmond, VA 23290)
10903162*   +FBCS Inc.,   re:  Apx Alarm Security Solutions,   2200 Byberry Rd, Ste 120,
             Hatboro, PA 19040-3739
10668331*   ++FOCUSED RECOVERY SOLUTIONS,   9701 METROPOLITAN COURT,   STE B,   RICHMOND VA 23236-3690
             (address filed with court: Focused Recovery Solut,   9701 Metropolitan Ct Ste,
             Richmond, VA 23236-0000)
10783309*   +Jefferson Capital Systems LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
11550430*   +MetLife Auto & Home,   PO Box 41753,   Philadelphia, PA 19101-1753
11550434*   +Nationwide Credit Corporation,   P.O. Box 9156,   Alexandria, VA 22304-0156
11550427*   +Patient First,   PO Box 758941,   Baltimore, MD 21275-8941
10903164*   +Sundance Station Apartments,   3500 Sundance Way,   Richmond, VA 23294-8723
11550433*    Target National Bank,   P.O. Box 28221,   Henrico, VA 23228-0221
11558601*   +Tucker Psychiatric Clinic,   1000 Boulders Pkwy, Ste 202,   Richmond, VA 23225-5515
10903163*   +Virginia Department of Taxation,   PO Box 2156,   Richmond, VA 23218-2156
                                                                        TOTALS: 0, * 15, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0422-7          User: baumgartn          Page 4 of 5                Date Rcvd: Mar 20, 2013
                             Form ID: B18JO1           Total Noticed: 127
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 22, 2013**                    **Signature:**

District/off: 0422-7          User: baumgartn          Page 5 of 5          Date Rcvd: Mar 20, 2013
                             Form ID: B18JO1          Total Noticed: 127

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2013 at the address(es) listed below:
          Bruce E. Robinson    bruce.robinsontr@gmail.com,
           therese.rogerstra@gmail.com;ruth.alexander.bka@gmail.com;brobinson@ecf.epiqsystems.com
          Judy A. Robbins     USTPRegion04.RH.ECF@usdoj.gov
          Robert B. Duke     on behalf of Debtor Jason Ingram rdukelaw@gmail.com,
           2debtlawgroup@gmail.com;thedebtlawgroupmail@gmail.com;debtlaw1@gmail.com;southsidedebtlawgroup@gm
           ail.com
          Roger C Hurwitz    on behalf of Debtor Jason Ingram rchurwitz@gmail.com,
           courtneydeboise@gmail.com;2debtlawgroup@gmail.com;thedebtlawgroupmail@gmail.com;algplank@gmail.co
           m
                                                                                    TOTAL: 4